# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MONTRAIL CORTEZ FORTE**  **PETITIONER**
Reg. #20029-033

V.                        No. 2:25-cv-00052-JM-ERE

**CHAD HUMPHREY, Warden**
**Forrest City Correction Institution**                        **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After careful review, the Court adopts the RD in all respects.

Accordingly, Petitioner's § 2241 petition is DISMISSED without prejudice for failure to exhaust.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE