### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MONTRAIL CORTEZ FORTE**                                       **PETITIONER**
**Reg. #20029-033**

**V.**                            **No. 2:25-cv-00052-JM-ERE**

**CHAD HUMPHREY, Warden**
**Forrest City Correction Institution**                       **RESPONDENT**

### <u>JUDGMENT</u>

Consistent today's Order, Petitioner's § 2241 petition is dismissed. All habeas relief is

denied, and this case is closed.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE